# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASWANT CHHOKAR AND
MALVINDER CHHOKAR,

    Defendants.

Case No. 2:93-CR-00012-KJD-NA

**ORDER**

Presently before the Court is the Government's Motion to Dismiss Criminal Indictment Pursuant to Federal Rule of Criminal Procedure 48(a) (#427). Having read and considered the motion, and good cause being found, the motion to dismiss the indictment against JASWANT CHHOKAR and MALVINDER CHHOKAR only is **GRANTED**.

**IT IS SO ORDERED.**

DATED this 26th day of October 2017.

_____
Kent J. Dawson
United States District Judge